UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOGHRA BAYGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO GONZALEZ, et al., <br><br> Defendants. | CASE NO. C06-1831JLR <br><br> ORDER |

The court is in receipt of a petition for naturalization from Plaintiffs Soghra Baygan and Ali Hosseinzadeh (Dkt. # 1). Plaintiffs' petition states that Abolfazl Hosseinzadeh "represents" them in this matter. Abolfazl Hosseinzadeh does not appear to be licensed to practice law in the State of Washington. The court cautions Plaintiffs that a non-attorney cannot appear on their behalf. Rather, Plaintiffs may proceed pro se, or they may obtain licensed counsel. See C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697-98 (9th Cir. 1987).

Notwithstanding the confusion as to representation, Plaintiffs need not file an amended petition. Both Plaintiffs have signed the pleading, as required by the federal rules. Still, the court instructs Plaintiffs to contact the court's deputy clerk, Mary Duett,

ORDER – 1

at (206) 370-8457 in order to provide the court with their respective addresses and telephone numbers. Once Plaintiffs do so, the court directs the clerk to issue summons in blank so that Plaintiffs may serve their petition on Defendants. The court directs the clerk to deny issuing the summons as drafted because the papers include Abolfazl Hosseinzadeh's name as Plaintiffs' representative.

The court directs the clerk to mail Plaintiffs a copy of this order at the address listed on the complaint.

Dated this 23rd day of January, 2007.

JAMES L. ROBART  
United States District Judge

ORDER – 2