UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOGHRA BAYGAN and ALI HOSSEINZADEH, <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO R. GONZALES, et al., <br><br> Defendants. | Case No. C06-1831-JLR-JPD <br><br><br> ORDER DENYING MOTION TO APPOINT COUNSEL |

Plaintiffs are proceeding *pro se* and *in forma pauperis* ("IFP") in their petition for a naturalization hearing pursuant to 8 U.S.C. § 1447. The present matter comes before the Court on plaintiffs' "Application for Court-Appointed Counsel," a motion referred to this Court by the Honorable James L. Robart, United States District Judge. Dkt. Nos. 2, 3. Defendants have filed no opposition to plaintiffs' motion. After careful consideration of the motion, supporting materials, governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiffs' motion for appointment of counsel (Dkt. No. 2) is DENIED. The decision to appoint counsel rests with "the sound discretion of the trial court and is granted only in exceptional circumstances." *Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004) (citing *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984)). "A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the

ORDER DENYING MOTION TO APPOINT
COUNSEL
PAGE - 1

01 complexity of the legal issues involved." *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th
02 Cir. 1986) (internal quotations omitted).  These factors must be viewed together before
03 reaching a decision on a request for counsel.  *Id.*
04       At this time, the Court is unable to assess the likelihood of success on the merits of
05 plaintiffs' case.  However, plaintiffs have not shown that, in light of the complexity of the
06 legal issues involved, they are unable to articulate their claims *pro se*.  To the contrary,
07 plaintiffs' pleadings are fairly articulate and demonstrate a basic understanding of the facts
08 and law involved in their case.  Thus, plaintiffs have not demonstrated that this case involves
09 exceptional circumstances that warrant the appointment of counsel at the present time.
10       (2)   The Clerk is directed to send a copy of this Order to the plaintiffs and the
11 Honorable James L. Robart, United States District Judge.
12       DATED this 29th day of January, 2007.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER DENYING MOTION TO APPOINT
COUNSEL
PAGE - 2